**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

COREY MILLEDGE,

      Petitioner,

v.                                                                                    CASE NO. 4:12-cv-00555-MP-CAS

KENNETH S. TUCKER, Secretary,
Florida Department of Corrections,

      Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated December 3, 2012. (Doc. 9). The parties have been furnished a copy of

the Report and Recommendation and have been afforded an opportunity to file objections

pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo*

determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely

filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated
       by reference in this order.

2.     The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (doc. 1)
       is DISMISSED without prejudice.

3.      A certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this   *3rd* day of January, 2013

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge